```
           IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF WEST VIRGINIA
                           CHARLESTON
```

UNITED STATES OF AMERICA

v.                                     CRIMINAL NO. 2:19-cr-00222-02

KEVIN FLUHARTY

## MOTION OF THE UNITED STATES TO SCHEDULE GUILTY PLEA HEARING

Comes now the United States of America, by Steven I. Loew, Assistant United States Attorney for the Southern District of West Virginia, and respectfully requests the Court to set a date, time, and location for a guilty plea hearing to be held with regard to the above-styled case.

                    Respectfully submitted,

                    MICHAEL B. STUART
                    United States Attorney

By:

    /s/ Steven I. Loew
    STEVEN I. LOEW
    Assistant United States Attorney
    WV Bar No. 7412
    300 Virginia Street, East
    Room 4000
    Charleston, WV 25301
    Telephone:  304-345-2200
    Fax: 304-347-5104
    Email:  steven.loew2@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that the foregoing "Motion of the United States to Schedule Guilty Plea Hearing" has been electronically filed and service has been made on opposing counsel by virtue of such electronic filing this the 21st day of February, 2020, to:

>Mark McMillian, Esq.
>1018 Kanawha Blvd., East, Suite 900
>Charleston, WV  25301
>Email:  mark@markmcmillian.com

>/s/ Steven I. Loew
>STEVEN I. LOEW
>Assistant United States Attorney
>WV Bar No. 7412
>300 Virginia Street, East
>Room 4000
>Charleston, WV 25301
>Telephone:  304-345-2200
>Fax: 304-347-5104
>Email:  steven.loew2@usdoj.gov