# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

| | |
|---|---|
| Date: 3/9/2020 | Case Number 2:19-cr-00222 |
| Case Style: USA vs. Kevin  Fluharty | |
| Type of hearing Plea Hearing | |
| Before the honorable: 2513-Goodwin | |
| Court Reporter Kimberly Kaufman | Courtroom Deputy Robin Clark |
| Attorney(s) for the Plaintiff or Government Steven Loew | |
| Attorney(s) for the Defendant(s) Mark McMillian | |
| Law Clerk Erica Duff | Probation Officer Jeff Gwinn |

## Trial Time

## Non-Trial Time

Plea Hearing

## Court Time

10:55 am   to 11:35 am
Total Court Time: 0 Hours 40 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start 11:00 a.m.
Actual Start 10:55 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Court finds Deft competent to go forward.
Mr. Loew summarizes plea agreement.
Court defers acceptance of plea agreement, but orders original filed.
The deft waives the reading of the Indictment
Deft pleads guilty.
Court reads statute with which Deft is charged.
Deft advised of elements of offense which gov't would have to prove at trial.
Deft gives account of the offense.
Mr. Loew summarizes gov't evidence against deft.
Court finds sufficient factual basis for deft's plea.
Deft advised of the penalties which may apply based upon plea
Deft advised of right to plead not guilty, to remain silent, and to stand trial.
Court finds deft's plea to be voluntary.
Deft executes guilty plea form; same witnessed by counsel and ordered filed.
Court accepts plea and adjudges Deft guilty as to Count Five
Sentence set for June 2, 2020 at 11:00 a.m.
Deft released pending sentencing.
Court recessed at 11:35 a.m.