IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.                                    CRIMINAL ACTION NO. 2:19-cr-00222-2

KEVIN FLUHARTY

**WRITTEN PLEA OF GUILTY**

In the presence of Mark McMillian, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count Five of the Indictment.

DATE: 03/09/2020                    _____
                                                       DEFENDANT

                                                       WITNESS:

                                                    _____
                                                    COUNSEL FOR DEFENDANT